UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUANTUM-SI INCORPORATED,<br><br>                Plaintiff,<br><br>v.<br><br>MOHAMMAD "WADUD" BHUIYA,<br><br>                Defendant. | CIVIL ACTION<br>NO.: 3:23-CV-00928 |

## **STIPULATED FINAL INJUNCTION ORDER**

Without any admission of fault or liability, and with the undersigned parties having entered into a Confidential Settlement Agreement and Release of Claims otherwise disposing of the above-captioned action, the Court now enters the following Stipulated Final Injunction based on the agreement of the parties:

1. Mohammad "Wadud" Bhuiya, and anyone acting in concert with him, is permanently enjoined from accessing, utilizing, relying upon, divulging, using, transferring, reproducing, copying, storing, distributing, misappropriating and/or disclosing in any way any confidential information and/or trade secrets belonging to, or arising from his employment with, Quantum-Si Incorporated, and any of its subsidiaries or affiliates.

2. Bhuiya shall promptly destroy any copy of confidential information and/or trade secrets belonging to, or arising from his employment with, Quantum-Si Incorporated that he may discover to be in his possession at any time following the entry of this Order.

10

3. Bhuiya is also subject to a time-limited injunction for a period of two (2) years from the date of entry of this Order which prohibits him from: (i) providing services or performing work, whether as an employee or contractor or in any other capacity, and whether paid or unpaid, related to protein sequencing or proteomics; and from (ii) providing any services or performing any work, whether as an employee or contractor or in any other capacity, for any of the following entities: Encodia; Nautilus Biotechnology; Erisyon; Seer; Olink; Glyphic Biotechnologies.

4. The Court shall retain jurisdiction to enforce the terms of this Stipulated Final Injunction, and should any dispute arise hereunder, the parties may file a motion to reinstate the above-referenced action to present arguments concerning the appropriate enforcement of this Stipulated Final Injunction.

THE FOREGING IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES.

Respectfully Submitted,                                   Respectfully Submitted,

**On behalf of Plaintiff**                                **On behalf of Defendant**
**QUANTUM-SI INCORPORATED**                               **MOHAMMAD "WADUD" BHUIYA**

*[signature]*                                             **/s/ Ruth L. Israely**

Miguel A. Lopez                                           **(CT31344)**
LITTLER MENDELSON, P.C.
900 Third Avenue, 8th Fl.                                 Ruth L. Israely, Esq.
New York, NY 10022                                        MAYA MURPHY, PC
Telephone: 212.583.9600                                   266 Post East
Facsimile: 212.832-2719                                   Westport, CT 06880
malopez@littler.com                                       rlsraely@mayalaw.com

Mathew Beckwith                                           *Counsel for Defendant*
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
mbeckwith@littler.com

*Counsel for Plaintiff*

11

**IT IS SO ORDERED.**

Dated: August 29, 2024

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge